# United States District Court
## Violation Notice

**CVB Location Code**
A91

26-3081PO

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FDVI00DF | Roper | 2331 |

FDVI00DF

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/18/2026 00:40 | FED 36CFR261.12G |

| Place of Offense |
|---|
| FR 1847, mm 2 |

Offense Description: Factual Basis for Charge
Suspended registration

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| CASTRO TORRES | CHRISTIAN | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

| ☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|
| | | | | | | |

## VEHICLE

VIN: 1FTRF1244NA64063    CMV ☐

| Tag No. | State | Year | Make/Model    PASS | Color |
|---|---|---|---|---|
| K4A593 | AZ | 2004 | FORD/F-150    ☐ | WHI |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|

| | |
|---|---|
| | $ 300.00 — Forfeiture Amount |
| | $ 30.00 — Processing Fee |
| PAY THIS AMOUNT | $ 330.00 — Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Francisco St, Flagstaff, Arizona 86001 | Time (hh:mm) |
| | 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete         Original - CVB Copy         FS-5300-4 (7/05)

FDVI00DF

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____01/18/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____AZ_____

Pursuant to 16USC 551: I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

At approximately 0030 hours I observed a white Ford F-150 (AZ: K4A493) turning onto Forest Road 1847 from Forest Road (FR) 403 in the Lower Sycamore area. The vehicle had no working license plates lights and, after performing a vehicle records check, I was advised that the registration was currently suspended. I contacted the driver and identified him by Mexican passport as Christian A. CASTRO TORRES. CASTRO TORRES stated that he did not have a driver's license.

I issued a violation notice to CASTRO TORRES for violating 36 CFR 261.12 (g), operating a motor vehicle in violation of state law per ARS 28-4139.A, driving with vehicle registration suspended for no insurance. CASTRO TORRES was also issued verbal warnings for driving without a license and not having working license plate lights.

I provided CASTRO TORRES with instructions on how to reconcile the violation notice. CASTRO TORRES acknowledged and received the violation notice without further incident.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____01/18/2026_____          _C. Roper_
Date (mm/dd/yyyy)          Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____4/13/26_____          _Debra M._
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF ARIZONA

| United States of America | )       | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|---|
| v. | )       | A91        FDVI00DF | 01/18/2026 |
| **CASTRO TORRES, CHRISTIAN A** | )      | | |
| **306 N HARTFORD** | )       | Offense(s) | Amount Due |
| **CHANDLER, AZ 85225** | )      | SUSPENDED REGISTRATION | $330.00 |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |
| | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 4/1/26

*Judge's signature*
**HON DEBORAH MAUREEN FINE**

### Return

| Received | Date: | Location: |
|---|---|---|
| | | |

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|
| | | |

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____